IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES LEWIS GAMBLAIN, and JOHN ALLEN GAMBLAIN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE (DOJ); UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); EXECUTIVE OFFICE OF THE PRESIDENT; DEPARTMENT OF STATE; OFFICE OF CHIEF COUNSEL, USCIS; and J. REYES, USCIS. Office of Chief Counsel,<br><br>Defendants.[1] | 8:25CV538<br><br>ORDER ON PLAINTIFFS' MOTIONS FOR PERMISSION TO APPEAL IN FORMA PAUPERIS |

  This case is before the Court on Plaintiffs' Motions for Permission to Appeal in Forma Pauperis. Filing 51; Filing 52. This case was removed to this Court by Defendants, so there has been no prior determination of Plaintiffs' eligibility to litigate *in forma pauperis*. *See* Filing 1. The Motions provide the information required by Federal Rule of Appellate Procedure 24(a)(1) in that they show in detail that the Plaintiffs are unable to pay or to give security for fees and costs; they claim entitlement to redress; and they state the issues they intend to present on appeal. Fed. R. App. P. 24(a)(1)(A)–(C). As to the last requirement, Plaintiffs state that their issues on appeal are the following:

  1. Whether the district court erred in dismissing the complaint at the pleading stage.
  2. Whether the district court applied the wrong legal standard in evaluating the allegations. 3. Whether the district court improperly entered judgment without permitting amendment or further proceedings.

---

[1] Defendants set out in the caption of this ruling are the ones named in Plaintiffs' Second Amended Complaint, Filing 31, although other Defendants were also named in prior versions of their Complaint.

1

Filing 51 at 1; Filing 52 at 1.

The Court has considerable doubt that Plaintiffs' appeal has any merit or is taken in good faith. Indeed, the Court struck various motions by Plaintiffs as moot and frivolous. Filing 45. The Court ultimately dismissed the case for lack of subject-matter jurisdiction over one claim and failure to state claims upon which relief can be granted. Filing 48. Nevertheless, the Court concludes that the interests of justice will be best served by allowing Plaintiffs to pursue their appeal *in forma pauperis*. Accordingly,

IT IS ORDERED that Plaintiffs' Motions for Permission to Appeal in Forma Pauperis, Filing 51; Filing 52, are granted.

Dated this 31st day of December, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge